NOVEMBER 23, 2010

No. 09–525. JANUS CAPITAL GROUP, INC., ET AL. v. FIRST DERIVATIVE TRADERS. C. A. 4th Cir. [Certiorari granted, 561

U. S. 1024.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.